1 | ROBERT WAGGENER - SBN: 118450
2 | LAW OFFICE OF ROBERT WAGGENER
  | 214 Duboce Avenue
  | San Francisco, California 94103
3 | Phone:      (415) 431-4500
  | Fax:        (415) 255-8631
4 | E-Mail:     rwlaw@mindspring.com

5 | Attorney for Defendant TANYA RODRIGUEZ

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,          No. CR12 0119 SI

12 |                    Plaintiff,      **STIPULATION & [PROPOSED] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS**

13 |        v.

14 | TANYA RODRIGUEZ,

15 |                    Defendant.
                                     /

**IT IS HEREBY STIPULATED** between the parties that the following modifications can be made to the pretrial release conditions for Defendant Tanya Rodriguez in the above-entitled case. Both parties have spoken to Anthony Granados, Pretrial Services Officer for Tanya Rodriguez, and confirmed that Ms. Rodriguez has been compliant with all of her pretrial release conditions since the time of her release.

   1.   Ms. Rodriguez may leave her home to attend legal or medical appointments and with respect to those activities, there shall be no time limitation. In addition, Ms. Rodriguez may leave her residence for personal reasons, as determined by Pretrial Services, for up to three (3) hours at a time. Pretrial Services has discretion to set a standing schedule that sets forth the time during which Ms. Rodriguez may leave her residence. All absences from her residence must be approved in advance by Pretrial Services. Ms. Rodriguez shall continue to be subject to GPS monitoring.

2.  Ms. Rodriguez may also leave her residence to attend any school-related appointments or events as it relates to her daughter in high school, Gabriella Pelligati. The name, address, and telephone number for the school are as follows: Capuchino High School, 1501 Magnolia Avenue, San Bruno, CA 94066, (650) 558-2799. All absences from Ms. Rodriguez' residence for school-related appointments or events must be approved in advance by Pretrial Services.

All other conditions of Ms. Rodriguez' pretrial release conditions are to remain in effect.

Dated:   January 29, 2013          /s/
                                    ROBERT WAGGENER
                                    Attorney for Defendant
                                    TANYA RODRIGUEZ

Dated:   January 29, 2013          /s/
                                    WILSON LEUNG
                                    Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:   2/4/13                    _____
                                    JOSEPH C. SPERO
                                    United States Magistrate Judge

**STIPULATION & [PROPOSED] ORDER RE
MODIFICATION OF CONDITIONS OF RELEASE**          -2-