IT IS SO ORDERED

*Susan Illston*

Judge Susan Illston

1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:      (415) 431-4500
   Fax:        (415) 255-8631
4  E-Mail:     rwlaw@mindspring.com

5  Attorney for Defendant TANYA RODRIGUEZ

6

7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,            No.  CR12 0119 SI

12                     Plaintiff,        **DEFENDANT RODRIGUEZ'**
                                         **WAIVER OF APPEARANCE**
13           v.
                                         Date:   February 8, 2013
14  TANYA RODRIGUEZ,                     Time:   12:00 p.m.
                                         Crtrm:  10 (Hon. Susan Illston)
15                     Defendant.
   _____/
16

17  TO:   UNITED STATES OF AMERICA; WILSON LEUNG AND ACADIA SENESE,
         UNITED STATES ATTORNEYS; AND TO THE CLERK OF THE ABOVE-
18       ENTITLED COURT:

19       **PLEASE TAKE NOTICE** that Defendant Tanya Rodriguez has consulted with her

20  attorney and has chosen to waive her right to appear at the above captioned hearing.  Ms.

21  Rodriguez has an MRI medical procedure scheduled for February 8, 2013, and cancelling and

22  rescheduling the procedure would delay the treatment and diagnosis of Ms. Rodriguez'

23  significant medical problems.  For that reason, Ms. Rodriguez is asking the Court to waive her

24  appearance at the scheduled hearing set for February 8th.  The United States Attorney's Office has

25  no objection to the waiver of Ms. Rodriguez' appearance.

26  \\\\

27  \\\\

28  \\\\

**DEFENDANT RODRIGUEZ' WAIVER**
**OF APPEARANCE**

1     Defendant further acknowledges that she has been informed of her rights under Title 18

2    U.S.C. § 3161-3174 (Speedy Trial Act) and authorizes her attorney to set times and delays under

3    that Act without Defendant being present.

4

5    Dated: February 5, 2013          Respectfully submitted,

6

7                                                        _____

8                                ROBERT WAGGENER
                                        Attorney for Defendant

9                                TANYA RODRIGUEZ

10

11   Dated: February 5, 2013

12                                TANYA RODRIGUEZ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT RODRIGUEZ' WAIVER**
**OF APPEARANCE**                -2-