1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:      (415) 431-4500
   Fax:        (415) 255-8631
4  E-Mail:     rwlaw@mindspring.com

5  Attorney for Defendant TANYA RODRIGUEZ

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          No. CR12 0119 SI

12              Plaintiff,            STIPULATION & [PROPOSED] ORDER
                                      RE MODIFICATION OF PRETRIAL
13       v.                           RELEASE CONDITIONS

14 TANYA RODRIGUEZ,

15              Defendant.
                                   /
16

17       **IT IS HEREBY STIPULATED** between the parties that the following modifications

18 can be made to the pretrial release conditions for Defendant Tanya Rodriguez in the above-

19 entitled case.

20       Defendant Tanya Rodruguez's daily curfew for the date of June 3, 2013 will be extended

21 from 8:00 p.m. to 10:00 p.m. The reason for the modification is that a young man who Ms.

22 Rodriguez has known since he was a child was killed in a car accident in Colma over the

23 Memorial Day weekend. There is a rosary at Duggan's Mortuary tonight between 7:30-9:30 and

24 this modification is being made to allow Ms. Rodriguez to attend the service. United States

25 Pretrial Services officer Anthony Granados has no objection to the modification.

26 ///

27 ///

28 ///

**STIPULATION & [PROPOSED] ORDER RE
MODIFICATION OF CONDITIONS OF RELEASE**

1  All other conditions of Ms. Rodriguez' pretrial release conditions are to remain in effect.

Dated: June 3, 2013                                    /s/
                                                    ROBERT WAGGENER
                                                    Attorney for Defendant
                                                    TANYA RODRIGUEZ


Dated: June 3, 2013                                    /s/
                                                    ACADIA SENESE
                                                    Assistant United States Attorney


**IT IS SO ORDERED**.

Dated:   06/03/13                                   _____
                                                    JOSEPH C. SPERO
                                                    United States District Court Magistrate Judge

**STIPULATION & [PROPOSED] ORDER RE
MODIFICATION OF CONDITIONS OF RELEASE**           -2-