1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:      (415) 431-4500
   Fax:        (415) 255-8631
4  E-Mail:     rwlaw@mindspring.com

5  Attorney for Defendant TANYA RODRIGUEZ

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           No. CR12 0119 SI

12                Plaintiff,           **STIPULATION & [** ~~PROPOSED~~ **] ORDER
                                       RE MODIFICATION OF PRETRIAL
13         v.                          RELEASE CONDITIONS**

14 TANYA RODRIGUEZ,

15                Defendant.
                                    /
16

17        **IT IS HEREBY STIPULATED** between the parties that the following modifications

18 can be made to the pretrial release conditions for Defendant Tanya Rodriguez in the above-

19 entitled case.

20        Defendant Tanya Rodriguez will no longer be subjected to electronic monitoring and

21 required to wear an electronic monitoring bracelet.  A primary factor in this modification is to

22 facilitate the physical therapy of Defendant following her spinal surgery and allow her to exercise

23 in swimming pool as prescribed by her physician and physical therapist.

24        A further modification of the release conditions of Defendant Tanya Rodriguez is that she

25 will no longer be subjected to a curfew supervised by United States Pretrial Services.

26 \\\\

27 \\\\

28

**STIPULATION & [PROPOSED] ORDER RE
MODIFICATION OF CONDITIONS OF RELEASE**

Defense counsel Robert Waggener has spoken with United States Pretrial Services Officer Richard Sarlatte and he has no objection to the aforementioned modifications of Defendant Tanya Rodriguez' release conditions.

All other conditions of Ms. Rodriguez' pretrial release are to remain in effect.

Dated: August 20, 2013

/s/
ROBERT WAGGENER
Attorney for Defendant
TANYA RODRIGUEZ

Dated: August 20, 2013

/s/
ACADIA SENESE
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: August 21, 2013

JOSEPH C. SPERO
United States District Court Magistrate Judge